IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BOWER, | : | |
|     Petitioner | : | No. 4:12-cr-156 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 31st day of October 2017, in accordance with the corresponding Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 (Doc. No. 78), is **DENIED**, and a certificate of appealability **SHALL NOT ISSUE**;

2. Petitioner's motion under Rule 35 (Doc. No. 66), motion for declaratory judgment (Doc. No. 83), and motion to stay or suspend sentencing pending appeal (Doc. No. 87), are **DENIED**;

3. Petitioner's "Complaint for Injunction Against Unconstitutional Disciplinary Hearing" (Doc. No. 90), is **DISMISSED**; and

4. The Clerk of Court is directed to **CLOSE** civil case number 4:15-cv-02509.

s/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania